JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUCO LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> FRANCE POLLACK, an individual; <br> SCOTT J. COOPER, an individual; <br> STACEY B. HERRINGTON, an individual; <br> STEFANIE L. ROSENTHAL, an individual; <br> and DOES 1-20, inclusive, <br><br> Defendants. | CASE NO. 2:12-CV-5501-SVW (JEMx) <br><br> ORDER REMOVING CASE FROM ACTIVE CASELOAD |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated. The Court also VACATES the status conference set for April 8, 2013.

Dated: April 3, 2013

HON. STEPHEN V. WILSON
United States District Judge